**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL GONZALEZ-SINALOA[1], Petitioner, v. R. PIERCY, Respondent. | Case No. 2:26-cv-06830-SVW-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party objected to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

[1] Petitioner's name is mis-spelled on the docket as Manuel Gonzalez-Sinalos.

IT IS ORDERED that Judgment be entered DENYING the Petition and dismissing the action with prejudice.

Dated: November 18, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE