JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MANUEL GONZALEZ-SINALOA[1],
Petitioner,
v.
R. PIERCY,
Respondent.

Case No. 2:26-cv-06830-SVW-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and the action dismissed with prejudice.

Dated: November 18, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[1] Petitioner's name is mis-spelled on the docket as Manuel Gonzalez-Sinalos.